The Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CODY HUNTER FUNDERBURK,<br><br>Plaintiff,<br>v.<br><br>VIRGINIA MASON MEDICAL CENTER, d/b/a BAILEY BOUSHAY HOUSE and COMMONSPIRIT HEALTH, d/b/a VIRGINIA MASON FRANCISCAN HEALTH,<br><br>Defendants. | Case No. 2:25-cv-01495-JNW<br><br>ORDER GRANTING PARTIES' JOINT MOTION TO CONTINUE TRIAL AND RELATED PRE-TRIAL DEADLINES |

This matter came before the Court on the Parties' Joint Motion to Continue Trial and Related Pretrial Deadlines. Having considered the Motion:

IT IS HEREBY ORDERED, for good cause shown, the Parties' Joint Motion to Continue Trial and Related Pretrial Deadlines is GRANTED. The November 2, 2026 trial date and all unexpired pretrial deadlines, including the September 14, 2026 deadline for Plaintiff to serve their Pretrial Statement, are VACATED pending entry of an amended scheduling order. Discovery remains closed, and no expired deadline is reopened. The Court will issue an amended scheduling order setting trial approximately ninety (90) days after the current trial date, on February 1, 2027 or the earliest date thereafter available to the Court, together with revised pretrial deadlines.

Dated this 4th day of September, 2026.

HONORABLE JAMAL N. WHITEHEAD
United States District Court Judge